# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| LYNN FISH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALSWORTH PUBLISHING COMPANY, INC., <br><br> Defendant. | No. 2:24-CV-100 HEA |
| CHARMAINE PEARCE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALSWORTH PUBLISHING COMPANY, INC., <br><br> Defendant. | No. 2:24-CV-102 HEA |
| ALARIE BOWERMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WALSWORTH PUBLISHING COMPANY, INC., <br><br> Defendant. | No. 2:24-CV-104 NCC |

# ORDER CONSOLIDATING CASES

Pending before the Court is Plaintiffs' Unopposed Motion for Consolidation. (ECF No. 15). Upon consideration of the Motion and having reviewed the pleadings filed by the three Plaintiffs against Defendant Walsworth Publishing Company, Inc., the Court finds there are common issues of law and fact, and consolidation is warranted to promote judicial efficiency. *See* Fed. R. Civ. P. 42(a).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion for Consolidation is **GRANTED**. *Fish v. Walsworth Publishing Company, Inc.*, 2:24-CV-100 HEA, is consolidated with *Pearce v. Walsworth Publishing Company, Inc.*, 2:24-CV-102 HEA, and *Bowerman v. Walsworth Publishing Company, Inc.*, 2:24-CV-104 NCC, pursuant to Fed. R. Civ. P. 42(a). [ECF No. 15]

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket and file a copy of this Order Consolidating Cases in *Pearce v. Walsworth Publishing Company, Inc.*, 2:24-CV-102 HEA, and *Bowerman v. Walsworth Publishing Company, Inc.*, 2:24-CV-104 NCC.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close 2:24-CV-102 HEA and 2:24-CV-104 NCC, and all future filings concerning any of the three cases shall be filed in Consolidated Case No. 2:24-CV-100 HEA, with the following consolidated case caption:

| | |
|---|---|
| IN RE: WALSWORTH PUBLISHING COMPANY DATA SECURITY LITIGATION<br><br>This Document Relates To: | No. 4:24-CV-100 HEA |

When a filing is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for the individual action to which the following is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "2:24-CV-100 HEA (Fish)".

**IT IS FURTHER ORDERED** that on or before **February 25, 2025**, Plaintiffs shall file a Consolidated Complaint which shall be the operative complaint in the Consolidated Action and shall supersede all previous complaints filed in any of the Related Cases.

Dated this 28th day of January, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

3